UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Harvey I Marcus (HIM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 201-384-2200. Fax. 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

Order Filed on August 26, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Luis A Alvarado and
Evelyn Avarado,
Debtors.

Case No.: 11-13315

Hearing Date: 8/25/2016

Judge: John K Sherwood

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: August 26, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____debtors_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ❏ The case shall be immediately reclosed.

   ❏ The case shall be closed within _____ days.

   ☒ The case shall be reviewed within __10__ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*