**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Harvey I Marcus (HIM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 201-384-2200. Fax. 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

Order Filed on August 26, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Luis A Alvarado and
Evelyn Avarado,
Debtors.

Case No.: 11-13315

Hearing Date: 8/25/2016

Judge: John K Sherwood

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: August 26, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____debtors_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏   A Trustee shall be appointed.

   ☒   A Trustee shall not be appointed.

3. ❏   The case shall be immediately reclosed.

   ❏   The case shall be closed within _____ days.

   ☒   The case shall be reviewed within \_\_10\_\_ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:
Luis A Alvarado
Evelyn Alvarado
    Debtors

Case No. 11-13315-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 26, 2016
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2016.
db/jdb        +Luis A Alvarado,    Evelyn Alvarado,    11 Mahar Ave,    Clifton, NJ 07011-1306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2016 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       Denise E. Carlon    on behalf of Creditor    BAC Home Loans Servicing, LP dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       Frank J. Martone    on behalf of Attorney Frank J. Martone bky@martonelaw.com,
        cschlosser@martonelaw.com
       Harvey I. Marcus    on behalf of Debtor Luis A Alvarado him@lawmarcus.com
       Harvey I. Marcus    on behalf of Joint Debtor Evelyn  Alvarado him@lawmarcus.com
       Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                   TOTAL: 6